SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------X
MICAH WEMPLE,                                               Index No.: 29396/02

                              Plaintiff(s),                STIPULATION OF
                                                           DISCONTINUANCE

        -against-

COUNTY OF NASSAU, NASSAU COUNTY
DISTRICT ATTORNEY'S OFFICE, NASSAU
COUNTY POLICE DEPARTMENT, POLICE
OFFICERS ANDREW J. CARBON AND "JOHN"
FERRO, first name being fictitious and unknown,
in their official and individual capacities,

                                         Defendant(s).
-----------------------------------------------------------------X

**S I R :**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an

infant, incompetent person for whom a committee has been appointed or conservatee and no person not a

party has an interest in the subject matter of the action, the above entitled action be, and the same hereby

is discontinued, with prejudice, without costs to either party as against the other.  This stipulation may be

filed without further notice with the Clerk of the Court.


Dated:  Mineola, New York
        May 20, 2004


_____          _____
KASTON ABERLE & LEVINE                    LORNA B. GOODMAN, ESQ.
By: Joel L. Levine, Esq.                  By: Carl Sandel, Deputy County Attorney
Attorney for Plaintiff(s)                 Attorneys for Defendant(s)
114 Old Country Road, Suite 116           1 West Street
Mineola, New York 11501                   Mineola, New York 11501
(516) 873-6400                            (516) 571-3013